# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the AppleID Associated with 603-▮▮▮▮▮ that is stored<br>at premises controlled by Apple, Inc. | )<br>)<br>)   Case No.  1:19-mj-176-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

the AppleID Associated with 603-▮▮▮▮▮ that is stored at premises controlled by Apple. See Attachments A and B.

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments A and B (attached and incorporated herein).

The basis for the search under <u>Fed. R. Crim. P. 41(c)</u> is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| <u>18 U.S.C. § 1343</u> | Wire Fraud |
| <u>18 U.S.C. § 1956</u> and <u>1957</u> | Money Laundering |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under <u>18 U.S.C. § 3103a</u>, the basis of which is set forth on the attached sheet.

/s/ Sara Albert
*Applicant's signature*

SA Sara Albert, Department of Defense
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/16/2019

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*